# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DAVID LAMAR JOHNSON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 5:18-cv-02020-RDP-SGC |
| ) | |
| **STEVE MARSHALL,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On May 31, 2019, the Magistrate Judge entered a report recommending Petitioner's motion to dismiss be construed as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure* and that this action be dismissed. (Doc. 13). The Magistrate Judge advised Petitioner of his right to file specific written objections to the report within fourteen (14) days. (*Id.* at 2-3). The court has not received objections from Petitioner within the time prescribed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Magistrate Judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, Petitioner's motion to dismiss (Doc. 12) is due to be construed as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) and this action is due to be dismissed without prejudice.

A separate order will be entered.

**DONE** and **ORDERED** this June 26, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE